UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SCG HOTEL LLC,

Plaintiff, Case No.:

v.

SELECTIVE INSURANCE COMPANY
OF THE SOUTHEAST,

Defendant.
______________________________/

COMPLAINT

Plaintiff, SCG HOTEL LLC, by and through its undersigned counsel, hereby files suit against the Defendant, SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST, and, as grounds therefore, states as follows:

PARTIES, JURISDICTION, AND VENUE

1. At all times material hereto, Plaintiff, SCG HOTEL LLC ("SCG"), was the named insured under an Insurance Policy issued by Defendant, SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST, covering property owned by SCG in the State of Florida located at 501 5th Avenue NE, St. Petersburg, Pinellas County, Florida 33701.

2. At all times material hereto, Defendant was a participant in the Write-Your-Own Program under the National Flood Insurance Program ("NFIP") and

issued multiple Standard Flood Insurance Policies to SCG. Those policies are governed by the National Flood Insurance Act, 42 U.S.C. § 4001 et seq. (1994) ("NFIA").

3. Defendant operated as an insurance provider in Pinellas County, Florida.

4. The NFIA grants original exclusive jurisdiction to the federal courts to hear claims arising out of NFIP flood insurance policies; as such, jurisdiction and venue are proper in this Court.

GENERAL ALLEGATIONS

5. SCG owns commercial residential property located at 501 5th Avenue NE, St. Petersburg, Pinellas County, Florida 33701 (the "Property").

6. At all times material hereto, SCG maintained a Standard Flood Insurance Policy covering the Property with Defendant, NFIP Policy No. 0005147403/ Company Policy No. FLD5147403 (the "Policy"). Plaintiff does not currently possess a full copy of the Policy but anticipates obtaining a full copy of the Policy through discovery in this case. A true and correct copy of the Policy's Declaration Page is attached hereto as Exhibit "1."

7. The Director of the Federal Emergency Management Agency ("FEMA") is statutorily authorized to promulgate regulations for the adjustment and payment of covered flood losses. *See* 42 U.S.C. § 4019. The FEMA director has put

in place regulations regarding adjustment and payment of flood losses and those regulations are incorporated into the Policy by operation of law.

8. On or about September 27, 2024, SCG suffered significant flood damage to the Property as a result of Hurricane Helene.

9. SCG suffered a covered flood loss under the Policy.

10. SCG duly reported the loss to Defendant and Defendant assigned claim number FLD5147403 to the loss (the "Claim").

11. Defendant accepted coverage for the Claim but has failed and refused to provide the full benefits due for the Claim.

12. All conditions precedent to obtaining coverage for the loss and bringing this action have been complied with, met, or waived.

COUNT I – BREACH OF CONTRACT

13. SCG re-alleges and incorporates by reference paragraphs one (1) through twelve (12) as though fully set forth herein.

14. SCG and Defendant are parties to a valid and binding contract of insurance, the terms of which are set forth in the Policy.

15. The Policy requires Defendant to provide benefits to SCG in the event of a covered loss to the Property.

16. SCG has suffered a covered loss under the Policy.

17. Defendant has failed and refused to provide the full benefits due and owing to SCG for the Claim.

18. Defendant breached the Policy by failing to pay the benefits to which SCG is entitled to for the Claim.

19. SCG has been damaged by Defendant's breach of the Policy.

20. SCG is entitled to compensation for Defendant's breach of the contract.

21. SCG seeks all damages available under the Policy and under the NFIA.

**WHEREFORE,** Plaintiff, SCG HOTEL LLC, hereby demands judgment against the Defendant, SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST, for all damages on Count I to which Plaintiff is entitled under Federal Law and the Policy.

Dated: **October 23, 2026**

Respectfully Submitted,

/s/ *Amy Boggs*

Amy D. Boggs, Esq.
Florida Bar No.: 0412422
Benjamin L. Berkowitz, Esq.
Florida Bar No.: 1035898
BOGGS LAW GROUP, PA
4554 Central Avenue, Suite L
St. Petersburg, FL 33711
Phone: (727) 954-8833
boggs-pleadings@boggslawgroup.com
**Attorneys for Plaintiff**

Certification Under Penalty of Perjury That Artificial Intelligence Was Not Used in the Preparation of This Filing

I have reviewed the Standing Order Requiring Disclosure of the use of artificial intelligence. After diligent inquiry and under penalty of perjury, I certify that artificial intelligence was not utilized in the preparation of this filing in any way. I understand that, whether I represent myself or I am an attorney representing a client, I have an affirmative obligation to read each case cited in this filing. If I fail to do so and a case upon which I rely does not exist or does not reasonably stand for the cited proposition, I understand that the Court may treat this as a violation of Rule 11 of the Federal Rules of Civil Procedure. I have reviewed Rule 11 of the Federal Rules of Civil Procedure and I understand that this rule applies equally to counsel and unrepresented parties, and I am familiar with the sanctions available for violations of Rule 11. If this certification is made by counsel, I further understand that citation to a case that either does not exist or does not reasonably stand for the cited proposition may be treated as a violation of my oath of candor toward the tribunal and a basis on which my admission to practice in the Middle District of Florida could be revoked or suspended. Further, whether I represent myself or I am an attorney representing a client, I understand that by making this certification under penalty of perjury I could be referred for criminal prosecution if the statements I make here are false.

Dated this **23rd** day of **October**, **2026**.

/s/ *Amy Boggs*
Attorney

CERTIFICATE OF SERVICE

I hereby certify that on this **23rd** day of **October 2026**, the foregoing documents were electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Amy Boggs*
Attorney